UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 12, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION                    MDL No. 1905

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-23)**

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  See 536 F.Supp.2d 1375 (J.P.M.L. 2008).  Since that time, 261 additional actions have been transferred to the District of Minnesota.  With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Dec 30, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION                                MDL No. 1905

### SCHEDULE CTO-23 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN  3  08-5189 | Arlene Dashute v. Medtronic, Inc. |
| CAN  3  08-5226 | Ted Hollen, et al. v. Medtronic, Inc. |
| **FLORIDA SOUTHERN** | |
| FLS  0  08-61920 | Maria Cardenas v. Medtronic, Inc. |
| **ILLINOIS NORTHERN** | |
| ILN  1  08-6612 | James P. Prewit v. Medtronic, Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  08-836 | Mollie Knox, et al. v. Medtronic, Inc., et al. |
| **KENTUCKY EASTERN** | |
| KYE  2  08-191 | Donald Mossman v. Medtronic, Inc., et al. |
| **MARYLAND** | |
| MD  1  08-3131 | Jonathan Barnette, Sr. v. Medtronic, Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE  1  08-170 | William Vermillion v. Medtronic, Inc., et al. |
| MOE  4  08-1816 | Michael Buford, et al. v. Medtronic, Inc., et al. |
| MOE  4  08-1849 | Kenneth Pfadenhauer v. Medtronic, Inc., et al. |
| **MISSOURI WESTERN** | |
| MOW  2  08-4288 | Michael Hawks, et al. v. Medtronic, Inc., et al. |
| MOW  3  08-5120 | Roger Barker, et al. v. Medtronic, Inc., et al. |
| MOW  4  08-895 | Rick Atkins, et al. v. Medtronic, Inc., et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN  2  08-222 | Alma Leoppard, et al. v. Medtronic, Inc., et al. |

**MDL No. 1905 - Schedule CTO-23 Tag Along Actions (Continued)**

<u>**DIST**</u>. <u>**DIV**</u>. <u>**C.A. #**</u>           <u>**CASE CAPTION**</u>

NORTH CAROLINA EASTERN
   NCE  4  08-193           Robert Owens v. Medtronic, Inc., et al.

NORTH CAROLINA MIDDLE
   NCM  1  08-846           Michael Ryan v. Medtronic, Inc., et al.

NEW JERSEY
   NJ     1  08-5782         Janice Lynn Kubeck, et al. v. Medtronic, Inc., et al.

NEW YORK EASTERN
   NYE  1  08-4142          Thomas Holder, et al. v. Medtronic, Inc., et al.

OHIO NORTHERN
   OHN  1  08-2682          Carol Packard, etc. v. Medtronic, Inc., et al.
   OHN  1  08-2684          Doris Saylor, etc. v. Medtronic, Inc., et al.

OKLAHOMA NORTHERN
   ~~OKN  4  08-703~~           ~~Mark R. Helterbrand, etc. v. Medtronic, Inc.~~  Opposed 12/30/08

PENNSYLVANIA WESTERN
   PAW  2  08-1608          Lucille A. Richardson v. Medtronic, Inc.

TENNESSEE WESTERN
   TNW  1  08-1246          Mary Dickerson, etc. v. Medtronic, Inc., et al.
   TNW  1  08-1247          Glenn Joseph Hindman, Jr., et al. v. Medtronic, Inc., et al.
   TNW  2  08-2688          Mary Canale v. Medtronic, Inc., et al.
   TNW  2  08-2809          Reggie Dewayne Harmon, et al. v. Medtronic, Inc.

TEXAS EASTERN
   TXE  1  08-691           Bobby Rogers v. Medtronic, Inc., et al.
   TXE  1  08-692           Raymond Stout v. Medtronic, Inc., et al.
   TXE  1  08-704           Elijah Taylor v. Medtronic, Inc., et al.
   TXE  1  08-707           Carlton Veltz v. Medtronic, Inc., et al.
   TXE  1  08-708           Leland Sonier v. Medtronic, Inc., et al.
   TXE  1  08-709           William Paul Baker v. Medtronic, Inc., et al.
   TXE  1  08-711           Ronald Washington v. Medtronic, Inc., et al.
   TXE  1  08-712           Doyle Smith v. Medtronic, Inc., et al.

TEXAS SOUTHERN
   TXS  4  08-3066          Dianne J. Skoczylas, etc. v. Medtronic, Inc., et al.
   TXS  4  08-3356          Bonnie M. Hurst, etc. v. Medtronic, Inc., et al.